# UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| CHIHULY, INC., and PORTLAND PRESS, INC.,<br><br>                      Plaintiff,<br>vs.<br><br>ROBERT KAINDL; BRYAN RUBINO; ART GLASS PRODUCTION, et al.,<br><br>                      Defendant. | C05-1801 JPD<br><br>**MINUTE ORDER** |

    The above referenced case has been initially assigned to the Honorable James P. Donohue, United States Magistrate Judge, subject to the consent of the parties pursuant to 28 U.S.C. 636(c)(1)(C).

    On October 28, 2005, notice of the parties rights with regard to consenting to the case being assigned to Magistrate Judge Donohue for all purposes was filed by the Clerk of Court. The parties were advised they had until December 9, 2005, to consent, if they wished.

    In the interim, a Motion to Dismiss has been filed and noted for December 16, 2005. Accordingly, pending dates are adjusted as follows:

| | |
|---|---|
| Consent to Assignment to  Magistrate Judge Donohue | DECEMBER 2, 2005 |
| Pending Motion to Dismiss | December 16, 2005 |

In the event the parties (or any party) choose not to consent, the case will be reassigned to a District Judge.

Dated this 22nd day of November, 2005

Bruce Rifkin
Clerk of Court

by:  /s/   PETER H. VOELKER
         Peter H. Voelker, Deputy Clerk