1

2

3

4

5

6

7

8

9

10

11

12

**UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON**

| | | |
|---|---|---|
| CHILHULY, INC., and PORTLAND PRESS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **C05-1801 JPD** |
| ROBERT KAINDL, et al., | ) ) | |
| Defendant. | ) | **MINUTE ORDER** |

13   The following Minute Order is made at the direction of the Court, the Honorable

14  James P. Donohue, United States Magistrate Judge:

15

16   The Court notes counsel for all parties have now appeared, but some only within the past

17  week.  The plaintiffs are directed to advise the Court that all parties have been served with the

18  Notice of Initial Assignment and Consent Form (dkt #2),  and the Minute Order of

19   November 22, 2005 (dkt #20).

20   To the extent they have not already complied with the above referenced orders, all parties

21  are directed to advise Peter H. Voelker, deputy clerk, by close of business Friday, December 9,

22  2005, as to whether their respective clients consent or decline to have the matter proceed before

23  the Honorable James P. Donohue, U.S. Magistrate Judge. ( Mr. Voelker can be contacted at

24   (206) 370-8422, or by fax at (206) 370-8425; the parties are not to file this information

25  electronically or forward the information, in any form, to the chambers of Judge Donohue.)

26

1  Should a party, or parties, decline to consent, the matter will be reassigned to a district judge on

2  Monday, December 12, 2005.

3

4                                                  Dated this 6th day of December, 2005

5

6                                                  Bruce Rifkin, Clerk of Court

7

8                                                  /s/ PETER H. VOELKER
                                                   Peter H. Voelker
9                                                  Deputy Clerk

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  **MINUTE ORDER**

25  **CV05-1801 JPD**

26