# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

CHIHULY, INC., and PORTLAND PRESS, INC.,   )
)
)
Plaintiff,

vs.                                       )    **C05-1801 JPD**
)
ROBERT KAINDL; BRYAN RUBINO;              )
ART GLASS PRODUCTION, et al,              )
)    **MINUTE ORDER**
Defendant.

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Defendants Robert Kaindl, Bryan Rubino, and Art Glas Production have filed a Motion to Dismiss (dkt #17) and requested oral argument.  The request for argument is GRANTED.

The Court will hear argument on Thursday, January 5, 2006 at 10:00am, in courtroom 12A, U.S. Courthouse, Seattle, Washington.  Each side will be permitted thirty (30) minutes to present their respective arguments.

Dated this 14th day of December , 2005

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**