UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHIHULY, INC., et al., )<br>  )<br>             Plaintiffs, )<br>  )<br>     v. )<br>  )<br>ROBERT KAINDL, et al., )<br>  )<br>             Defendants. )<br>_____ ) | Case No. C05-1801-JPD<br><br>ORDER GRANTING STIPULATED<br>MOTION OF DISMISSAL |

On October 27, 2005, plaintiffs Chihuly, Inc. and Portland Press, Inc., filed this civil complaint against the above-named defendants alleging various causes of action, including copyright and trademark infringement, and unfair competition. Dkt. No. 1. On January 20, 2006, plaintiffs and defendant, Unik! LLC ("Unik!"), submitted a stipulated motion to dismiss Unik! as a defendant. Dkt. No. 46.

Pursuant to the Stipulation and Fed. R. Civ. P. Rule 41, the Stipulated Motion to Dismiss (Dkt. No. 46) is GRANTED, and all claims and counterclaims in the above-entitled action between plaintiffs and Unik! are dismissed with prejudice. It is further ordered these parties shall waive all appeal rights they may have from the dismissal of this action. Additionally, each party shall bear its own costs and attorneys' fees, except as otherwise agreed by the parties. This Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

ORDER GRANTING STIPULATED
MOTION OF DISMISSAL
PAGE -1

01
02    DATED this 30th day of January, 2006.
03
04                                              *James P. Donohue*
                                                _____
05                                              JAMES P. DONOHUE
                                                United States Magistrate Judge
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING STIPULATED
MOTION OF DISMISSAL
PAGE -2