1

2          **THE HONORABLE JAMES P. DONOHUE**

3

4

5

6

7               **UNITED STATES DISTRICT COURT**
                **WESTERN DISTRICT OF WASHINGTON**
8                        **AT SEATTLE**

9

10 | CHIHULY, INC. a Washington corporation and PORTLAND PRESS, a Washington corporation,

11

                              Plaintiffs,              NO. CV05-1801
12              Vs.

13 | ROBERT KAINDL, an individual; BRYAN RUBINO, individually and
14 | on behalf of his marital community; ART GLASS PRODUCTION, a          KENNETH    BEHM    GALLERIES,
15 | Washington company; LAKESHORE GALLERY, LTD, a Washington             LTD'S SECOND SUPPLEMENTAL
16 | corporation; KENNETH    BEHM GALLERIES, LTD, a Washington            DISCLOSURES    PURSUANT    TO
17 | corporation; TRAMMELL-GAGNE, LLC, a Washington limited liability     FRCP 26(a)
18 | company; and UNIK!, LLC, a Washington limited liability company,
19 |              Defendants.

20

21

         COMES NOW the Defendant Kenneth Behm Galleries, Ltd pursuant to FRCP
22
26(a) and makes the following supplemental disclosures:
23

24 SUPPLEMENTAL DISCLOSURES                        **Woodbery Law Group, P.S.**
   PURSUANT TO FRCP 26(a)        - 1 -             800 Bellevue Way, N.E., Ste 400
                                                   Bellevue, WA  98004
25                                                 *Telephone (425) 637-3012*
                                                   *Facsimile (425) 637-3014*

A.     Additional Persons with discoverable information:

The following individuals may be contacted through Counsel of Record for Kenneth Behm Galleries Ltd. at 800 Bellevue Way, N.E., Ste 400, Bellevue, WA 98004. 425-637-3012 or at the contact information herein provided;

1.     Amanda Hepworth- Employee at Defendant's South Center gallery has knowledge obtained from conversations at the gallery with Robert Kaindl of his background and experience and that the glass art of his offered for sale at Kenneth Behm Galleries was created by him. She has knowledge of the general similarity of the type of glass art sold to that sold under the name or created by Dale Chihuly. She has observed similar glass art to this for sale in other galleries in the northwest and not under the name of Dale Chihuly. She has knowledge of the instruction gallery personnel received on the identity of the artist Robert Kaindl as having created the art for sale at Kenneth Behm Galleries.

2.     Lacey Hepworth- Former employee of Kenneth Behm Galleries at the Bellevue Square store. She personally sold several pieces of Kaindl art, met Robert Kaindl once at the gallery. The glass art sold or offered for sale at the gallery where she worked was always represented as instructed as having been created by Robert Kaindl.

3.     Zack Rubin
         530 Melrose Ave. E. # 607
         Seattle, WA 98102, 206-329-1945

SUPPLEMENTAL DISCLOSURES
PURSUANT TO FRCP 26(a)          - 2 -

**Woodbery Law Group, P.S.**
800 Bellevue Way, N.E., Ste 400
Bellevue, WA 98004
*Telephone (425) 637-3012*
*Facsimile (425) 637-3014*

Mr. Rubin is a former employee of Kenneth Behm Galleries, Ltd and has knowledge of the glass art of Robert Kaindl offered for sale at the gallery while employed there. He sold at least one piece of Kaindl glass art while he was so employed.

4.       Jessica Hurd
         3106-130th Place N.E.
         Bellevue, WA  98005
         206-709-4104

Ms. Hurd is a former employee of Kenneth Behm Galleries and who sold at least one piece of Robert Kaindl glass art.

5.       Juliet Schubert, 206-786-5921 (current address unknown) is a former employee of Kenneth Behm Galleries Ltd. and has knowledge of two sales of Robert Kaindl glass art to customers in which she was involved. She had some contact with Kaindl and has knowledge of Kaindl's representations as to his method in creating his glass work on a team concept and that he signed each piece offered for sale in the gallery.

Dated this   10th day of February, 2006.

WOODBERY LAW GROUP, P.S.


/s/ John E. Woodbery
John E Woodbery, WSBA # 08209
Attorney for Defendant Kenneth
Behm Galleries, Ltd.
800 Bellevue Way, N.E. Ste 400
Bellevue, WA  98004
Phone (425) 637-3012
Fax  (425) 637-3014
woodberylaw@lightreality.com

SUPPLEMENTAL DISCLOSURES
PURSUANT TO FRCP 26(a)        - 3 -

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | CERTIFICATE OF SERVICE |
| 4 | |
| 5 | I hereby certify that on February 10, 2006, I electronically filed with the clerk of the Court using the CM/ECF system which will send notification of the foregoing supplemental disclosures to the following : |
| 6 | |
| 7 | O. Yale Lewis, Jr.  oyl@hllaw.com; jw@hllaw.com<br>Kari L. O'Neil  klo@hllaw.com; zed@hllaw.com |
| 8 | Bradford J. Axel  bradford.axel@stokeslaw.com; cathy.regan@stokeslaw.com<br>Kathleen T. Petrich  kathleen.petrich@stokeslaw.com;<br>Melanie.french@stokeslaw.com |
| 9 | Tolan S. Furusho  tsf@premier1.net; tlm@premier1.net<br>Mark V. Jordan  mjordan@invictalaw.com; manderson@invictalaw.com |
| 10 | Shilpa Bhatia  Bhatia@wscd.com; castro@wscd.com<br>Steven W. Edmiston  sedmiston@invictalaw.com |
| 11 | Scott C. Wakefield  swake@twlaw.com |
| 12 | |
| 13 | /s/ John E. Woodbery<br>John E. Woodbery |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | SUPPLEMENTAL DISCLOSURES<br>PURSUANT TO FRCP 26(a)          - 4 - |
| 25 | |