01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08  CHIHULY, INC., et al.,                            )
                                                     )
09          Plaintiffs,                              )    Case No. C05-1801-JPD
                                                     )
10       v.                                          )
                                                     )    MINUTE ORDER
11  ROBERT KAINDL, et al.,                           )
                                                     )
12          Defendants.                              )
    _____         )

13

        The following minute order is made at the direction of the Honorable James P.

14

15  Donohue, United States Magistrate Judge:

16      The docket for the above-captioned matter indicates that certain defendants have not

17  yet filed an answer.  These defendants are directed to file an answer no later than February 21,

18  2006, or show cause as to why they should not be held in default.

19
    DATED this 13th day of February, 2006.
20

21                                      Bruce Rifkin
                                        Clerk of the Court
22

23                                      /s/ Peter H. Voelker
                                        Peter H. Voelker
24                                      Deputy Clerk

25

26

MINUTE ORDER
PAGE -1