# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| CHIHULY, INC., et al, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>) <br>)<br>ROBERT KAINDL, et al., )<br>)<br>Defendant. ) | **C05-1801 JPD**<br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

A Status Conference is hereby scheduled for <u>Wednesday, February 22, 2006 at 4:00pm</u>. The conference will be conducted in Courtroom 12 A, U.S. Courthouse, Seattle, Washington.

The status of discovery issues will be discussed at the conference. If other issues need to be addressed, the parties are directed to notify the court in a filing(s) no later than the close of business Friday, February 17, 2006.

Dated this 14th day of February , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**