# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

CHIHULY, INC, et al., )
)
       Plaintiff, )
)
vs. )
) **C05-1801 JPD**
ROBERT KAINDL, et al., )
)
       Defendant. ) **MINUTE ORDER**

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

In light of the motion to re-open, the Court ORDERS and DIRECTS:

If plaintiff intends to file an amended complaint, the amended complaint must be filed no later than the close of business Wednesday, May 10, 2006.  Answers thereto must be filed not later than the close of business Tuesday, May 30, 2006.

Counsel are directed to meet and thereafter submit proposed dates for the conclusion of discovery, a dispositive motion cutoff date, an agreed estimated length of trial, and a preferred trial date.  The Joint Report is to be filed no later than the close of business Wednesday, May 31,2006

Dated this 4th day of May , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23    Dated this 4th day of May , 2006

24

25    /S/ PETER H. VOELKER
       Deputy Clerk

26  **MINUTE ORDER**