# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| CHIHULY, INC., and PORTLAND PRESS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT KAINDL, et al., <br><br> Defendant. | **C05-1801 JPD** <br><br> **MINUTE ORDER** |
| ROBERT KAINDL, et al., <br> Counter-claimants <br> vs. <br> CHIHULY, INC., and PORTLAND PRESS, and DALE CHIHULY, <br> Counter-Defendants | |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Dale Chihuly, an individual, has been added as a party to this matter. (Dkt #72). Counsel representing Mr. Chilhuly are hereby directed to advise the Court whether Mr. Chilhuly Consents to Proceed Before a United States Magistrate Judge and have the matter continue to remain on the docket of the Honorable James P. Donohue, United States Magistrate Judge. Counsel are to advise Deputy Clerk, Peter H. Voelker, within seven (7) days of an appearance being filed for "counter-defendant" Dale Chihuly. The consent or decline to consent may be conveyed to Mr.

**MINUTE ORDER**

Voelker either by phone (206) 370-8422, or by fax (206) 370-8425.  The consent or decline to consent should not be filed on the case docket, or forwarded to the chambers of Judge Donohue in any form.  Should Mr. Chihuly decline to consent, the matter will be reassigned to a district judge.

Dated this 8th day of May, 2006

Bruce Rikfin, Distirct Executive

/s/ PETER H. VOELKER
Peter H. Voelker, Deputy Clerk

**MINUTE ORDER**