# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

CHIHULY, INC. Et al.,  )
)
        Plaintiff,  )
)
vs.  )
)    **C05-1801 JPD**
)
ROBERT KAINDL, et al.,  )
)
        Defendant.  )    **MINUTE ORDER**

    The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

    The Court hereby schedules a Status Conference for

**Wednesday, June 7, 2006 at 10:30am**

in Courtroom 12A, U.S. Courthouse, Seattle, Washington, to address the issues raised in the Joint Status Report (dkt #83).

Dated this 2nd day of June , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**