THE HONORABLE JAMES P. DONOHUE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHIHULY, INC., a Washington corporation and PORTLAND PRESS, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT KAINDL, an individual; BRYAN RUBINO, individually and on behalf of his marital community; ART GLASS PRODUCTION, a Washington company; et al.,<br><br>Defendants. | NO. C05-1801JPD<br><br>DECLARATION OF BRYAN RUBINO IN OPPOSITION TO MOTION FOR PROTECTIVE ORDER |
| ROBERT KAINDL, an individual; and ART GLASS PRODUCTION, a Washington company,<br><br>Counter-Claimants,<br><br>vs.<br><br>CHIHULY, INC., a Washington corporation; PORTLAND PRESS, INC. a Washington corporation, and DALE CHIHULY, an individual,<br><br>Counter-Defendants. | |

DECLARATION OF BRYAN RUBINO - 1
(Case No. C05-1801JPD)

01606/260717DeclRubino.dkm2

TODD & WAKEFIELD
ATTORNEYS AT LAW
1700 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WASHINGTON 98101-3660
(206) 622-3585 FAX (206) 583-8950

I, BRYAN RUBINO, declare as follows:

1. I am over the age of 18 and competent to be a witness herein. I make this declaration on the basis of my personal knowledge of the matters set forth herein.

2. I am a professional glass artist and has been working as a glass artist for 24 years.

3. I am very familiar with glass blowing techniques as a result of my professional experience and as a result of working with other glass artists and glass blowers, and being at institutions, schools and workshops where glass blowing techniques are taught. Glass blowing techniques are not "secret;" they are well-known to virtually all glass artists and glass blowers and are taught at a variety of glass blowing schools and institutions, nationally and internationally, including the Pilchuck School and other places here in Washington state.

4. Similarly, there is no "secret" about the kinds of materials that glass blowers use. There are numerous colors of glass commercially available from various suppliers, manufacturers and/or vendors. Virtually all glass blowers or glass artists make their work from one or more of these colors. Again, there is nothing "secret" about these colors, the sources from which they can be obtained or their availability.

I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated this 17th day of July, 2006, at Shelton, Washington.

_____
BRYAN RUBINO

DECLARATION OF BRYAN RUBINO - 2
(Case No. C05-1801JPD)

01606/260717DeclRubino.dkm2

**TODD & WAKEFIELD**
ATTORNEYS AT LAW
1700 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WASHINGTON 98101-3660
(206) 622-3585 FAX (206) 583-8960