# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| CHIHULY, INC. Et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) | **C05-1801 JPD** |
| ROBERT KAINDL, et al., ) <br> ) <br> Defendant. ) | **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

A motion for Protective Order (dkt #92) was filed with a request for oral argument. The request is GRANTED.

The Court hereby Orders Oral Argument be held on:

**Monday, 31 July 2006 at 11:00am**

The hearing will be held in Courtroom 12A, U.S. Courthouse, Seattle, Washington.  Counsel will be allowed to twenty (20) minutes per side to argue.

Dated this 19th day of July , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**