THE HONORABLE JAMES P. DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHIHULY, INC., a Washington corporation and PORTLAND PRESS, INC., a Washington corporation,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>ROBERT KAINDL, an individual; BRYAN RUBINO, individually and on behalf of his marital community; ART GLASS PRODUCTION, a Washington company; et al,<br><br>　　Defendants. | NO. C05-1801-JPD<br><br>DECLARATION OF BILLY O'NEILL IN SUPPORT OF PLAINTIFFS' AND COUNTER-DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER<br><br>Note on Motion Calendar:<br>July 20, 2006<br><br>Oral Argument Requested |
| ROBERT KAINDL, an individual; and ART GLASS PRODUCTION, a Washington company,<br><br>　　Counter-Claimants,<br><br>　　v.<br><br>CHIHULY, INC., a Washington corporation; PORTLAND PRESS, INC., a Washington corporation; and DALE CHIHULY, an individual,<br><br>　　Counter-Defendants. | |

DECLARATION OF BILLY O'NEILL
(NO. C05-1801-JPD) - 1
[23641-0003/SL061990.041]

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

I, BILLY O'NEILL, declare as follows:

1.  I am the Studio Manager for Chihuly, Inc. ("Chihuly") and Portland Press, Inc. ("PPI") (collectively, the "Companies"). I make this declaration based on personal knowledge and am competent to testify to its contents.

2.  I have worked for the Companies for five years. In my capacity as Studio Manager, I oversee every aspect of production and implementation of studio projects, including design, fabrication, installation, scheduling, personnel, marketing, and sales. I am generally familiar with the business operations of Chihuly and PPI.

3.  Chihuly, Inc. and Dale Chihuly had not disclosed to the press that Mr. Chihuly suffered from bipolar disorder until Defendants discussed his medical condition with the press. Then, Mr. Chihuly was forced to publicly address his condition to respond to statements made in the press and other inquiries.

4.  I have read Bryan Rubino's declaration and disagree with his assertions. While standard glass blowing techniques may be known to some artists who work with glass, many techniques and methods are carefully guarded secrets, including the manner in which Plaintiffs maintain the color and luster of the glass, "recipes" for pieces that combine a range of colors, and the timing and sequence of adding colors to a particular piece. Plaintiffs have learned only through trial and error which color combinations will work at what temperature and in what sequence without clouding. Plaintiffs would be harmed by having this knowledge and these techniques disclosed to the public, who could take advantage of the substantial time and resources devoted by Plaintiffs to developing this confidential know-how.

I DECLARE UNDER PENALTY OF PERJURY under the laws of the United States of America that the foregoing is true and correct.

Signed at SEATTLE, Washington this 20 day of July, 2006.

_____
BILLY O'NEILL

DECLARATION OF BILLY O'NEILL
(NO. C05-1801-JPD) - 2
[23641-0003/SL061990.041 (2).DOC]

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

# CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2006, I electronically filed the foregoing DECLARATION OF BILLY O'NEILL IN SUPPORT OF PLAINTIFFS' AND COUNTER-DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record:

| | |
|---|---|
| Kathleen T. Petrich<br>(kathleen.petrich@stokeslaw.com)<br>Bradford J. Axel<br>(bradford.axel@stokeslaw.com)<br>Stokes Lawrence, P.S.<br>800 Fifth Avenue, Suite 4000<br>Seattle, WA 98104<br>Attorneys for Defendant Bryan Rubino | ___ Via hand delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>**X** Via E-filing |
| Scott C. Wakefield<br>(swake@twlaw.com)<br>Todd & Wakefield<br>1501 Fourth Avenue, Suite 1700<br>Seattle, WA 98101<br>*Attorney for Defendant Bryan Rubino* | ___ Via hand delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>**X** Via E-filing |
| Timothy L. Boller<br>(TimB@SeedIP.com)<br>Seed Intellectual Property Law Group PLLC<br>701 Fifth Avenue, Suite 6300<br>Seattle, WA 98104<br>*Attorneys for Defendants Robert Kaindl and Art Glass Production* | ___ Via hand delivery<br>___ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>**X** Via E-filing |

DECLARATION OF BILLY O'NEILL
(NO. C05-1801-JPD) - 3
[23641-0003/SL061990.041]

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED at Seattle, Washington this 20th day of July, 2006.

                *s/ William C. Rava, WSBA # 29948*
                Susan E. Foster, WSBA #18030
                Holly M. Simpkins, WSBA #33297
                **Perkins Coie LLP**
                1201 Third Avenue, Suite 4800
                Seattle, WA  98101-3099

DECLARATION OF BILLY O'NEILL
(NO. C05-1801-JPD) - 4
[23641-0003/SL061990.041]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000