THE HONORABLE JAMES P. DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHIHULY, INC., a Washington corporation and PORTLAND PRESS, INC., a Washington corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT KAINDL, an individual; BRYAN RUBINO, individually and on behalf of his marital community; ART GLASS PRODUCTION, a Washington company; et al,<br><br>    Defendants. | NO. C05-1801-JPD<br><br>STIPULATED MOTION FOR DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE AND WITHOUT COSTS PURSUANT TO FED.R.CIV.P. 41(a)(1)<br><br>**NOTE FOR CONSIDERATION: AUGUST 15, 2006** |
| ROBERT KAINDL, an individual; and ART GLASS PRODUCTION, a Washington company,<br><br>    Counter-Claimants,<br><br>    v.<br><br>CHIHULY, INC., a Washington corporation; PORTLAND PRESS, INC., a Washington corporation; and DALE CHIHULY, an individual,<br><br>    Counter-Defendants. | |

## I.    **STIPULATION**

It is hereby stipulated by the parties to this action, by and through their undersigned attorneys, that all claims in this action brought by plaintiffs Chihuly, Inc. and Portland Press, Inc. against defendant Bryan Rubino <u>only</u> and all counter-claims by Bryan Rubino against Chihuly, Inc. and Portland Press,

STIPULATED MOTION FOR DISMISSAL (NO. C05-1801-JPD) - 1
[23641-0003-000000/260814stip.pldg.DOC]

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

Inc. shall be dismissed with prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a)(1). Each party shall bear their own attorney fees and costs.

STIPULATED AND AGREED TO this 15th day of August, 2006.

| | |
|---|---|
| **PERKINS COIE** LLP | **TODD & WAKEFIELD** |
| By: *Scott Wakefield per e-mail permission 8/15/2006* | By: *[signature]* |
| Susan E. Foster, WSBA #18030 | Scott C. Wakefield, WSBA #11222 |
| William C. Rava, WSBA #20048 | Attorneys for Defendant Bryan Rubino |
| Holly M. Simpkins, WSBA #33297 | 1700 Century Square |
| Attorneys for Chihuly, Inc., Portland Press, Inc., and Dale Chihuly, Plaintiffs and Counter-Defendants | 1501 Fourth Avenue |
| | Seattle, WA 98101-3680 |
| | Telephone: (206) 622-3585 |
| Perkins Coie LLP | Facsimile: (206) 583-8980 |
| 1201 Third Avenue, Suite 4800 | Email: swake@twlaw.com |
| Seattle, WA 98101-3099 | |
| Telephone: (206) 359-8000 | |
| Facsimile: (206) 359-9000 | |
| Email: sfoster@perknscoie.com | |
| Email: wrava@perkinscoie.com | |
| Email: hsimpkins@perkinscoie.com | |

**STOKES LAWRENCE, P.S.**

By: *Scott Wakefield per e-mail permission 8/14/2006*

Bradford J. Axel, WSBA #29269
Kathleen T. Petrich, WSBA #22143
Attorneys for Counterclaimant
Bryan Rubino
800 Fifth Avenue, Suite 4000
Seattle, WA 98104-3179
Telephone: (206) 626-6000
Facsimile: (206) 464-1496
Email: Bradford.axel@stokeslaw.com
Email: Kathleen.petrich@stokeslaw.com

STIPULATED MOTION FOR DISMISSAL (NO. C05-1801-JPD) - 2
[23641-0003-000000/260814stip.pldg.DOC]

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000