THE HONORABLE JAMES P. DONOHUE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHIHULY, INC., a Washington corporation and PORTLAND PRESS, INC., a Washington corporation,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ROBERT KAINDL, an individual; BRYAN RUBINO, individually and on behalf of his marital community; ART GLASS PRODUCTION, a Washington company; et al.,<br><br>　　　　　Defendants. | NO. C05-1801JPD<br><br>[PROPOSED] ORDER ON PARTIES' STIPULATED MOTION FOR DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE AND WITHOUT COSTS PURSUANT TO FED. R. CIV. P. 41(a)(1) |
| ROBERT KAINDL, an individual; and ART GLASS PRODUCTION, a Washington company,<br><br>　　　　　Counter-Claimants,<br><br>vs.<br><br>CHIHULY, INC., a Washington corporation; PORTLAND PRESS, INC. a Washington corporation, and DALE CHIHULY, an individual,<br><br>　　　　　Counter-Defendants. | |

ORDER OF DISMISSAL - 1
(Case No. C05-1801JPD)

01606/260808OrderOfDismissal.dkm.doc

TODD & WAKEFIELD
ATTORNEYS AT LAW
1700 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WASHINGTON 98101-3660
(206) 622-3585  FAX (206) 583-8980

## ORDER OF DISMISSAL

Based on the parties' Stipulated Motion for Dismissal of Certain Claims With Prejudice and Without Costs Pursuant to Fed. R. Civ. P. 41(a)(1), IT IS HEREBY ORDERED that all claims in this action brought by plaintiffs Chihuly, Inc. and Portland Press, Inc. against defendant Bryan Rubino <u>only</u> and all counter-claims by Bryan Rubino against Chihuly, Inc. and Portland Press, Inc. are dismissed with prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a)(1). Each party shall bear their own attorney fees and costs.

Dated this _____ day of _____, 2006.

_____
JAMES P. DONOHUE,
UNITED STATES DISTRICT COURT JUDGE

Presented by:

TODD & WAKEFIELD

By _____
Scott C. Wakefield    WSBA #11222
Attorneys for Defendant Bryan Rubino

ORDER OF DISMISSAL - 2
(Case No. C05-1801JPD)

01606/260808OrderOfDismissal.dkm.doc

**TODD & WAKEFIELD**
ATTORNEYS AT LAW
1700 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WASHINGTON 98101-3660
(206) 622-3585  FAX (206) 583-8980