THE HONORABLE JAMES P. DONOHUE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHIHULY, INC., a Washington corporation and PORTLAND PRESS, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT KAINDL, an individual; BRYAN RUBINO, individually and on behalf of his marital community; ART GLASS PRODUCTION, a Washington company; et al.,<br><br>Defendants. | NO. C05-1801JPD<br><br>CERTIFICATE OF SERVICE |
| ROBERT KAINDL, an individual; and ART GLASS PRODUCTION, a Washington company,<br><br>Counter-Claimants,<br><br>vs.<br><br>CHIHULY, INC., a Washington corporation; PORTLAND PRESS, INC. a Washington corporation, and DALE CHIHULY, an individual,<br><br>Counter-Defendants. | |

CERTIFICATE OF SERVICE - 1
(Case No. C05-1801JPD)

01606/260815COS.dkm.doc

**TODD & WAKEFIELD**
ATTORNEYS AT LAW
1700 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WASHINGTON 98101-3660
(206) 622-3585  FAX (206) 583-8980

I hereby certify that on August 15, 2006, I electronically filed the following documents:

1. Stipulated Motion for Dismissal of Certain Claims With Prejudice and Without Costs Pursuant to Fed.R.Civ.P. 41(a)(1); and,

2. [Proposed] Order on Parties' Stipulated Motion for Dismissal of Certain Claims With Prejudice and Without Costs Pursuant to Fed. R. Civ. P. 41(a)(1).

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorney For Plaintiffs and Counter-Defendants:**
Susan E. Foster, Esq.   WSBA #8030
William C. Rava, Esq.   WSBA #29948
James L. Vana, Esq.   WSBA #34924
SFoster@perkinscoie.com
WRava@perkinscoie.com
JVana@perkinscoie.com

**Attorney For Counter-Claimant Rubino:**
Bradford J. Axel, Esq.   WSBA #29269
Kathleen T. Petrich, Esq.   WSBA #22143
bradford.axel@stokeslaw.com
kathleen.petrich@stokeslaw.com

**Attorney For Defendants/Counter-Claimants Kaindl and Art Glass Prod.:**
Timothy L. Boller, Esq.   WSBA #29079
William O. Ferron, Esq.   WSBA #11813
Nima A. Seyedali, Esq.   WSBA #37014
timb@SeedIP.com
billf@SeedIP.com
nimas@SeedIP.com

_Deanna Miller_
DEANNA MILLER

CERTIFICATE OF SERVICE - 2
(Case No. C05-1801JPD)

01606/260815COS.dkm.doc

**TODD & WAKEFIELD**
ATTORNEYS AT LAW
1700 CENTURY SQUARE
1501 FOURTH AVENUE
SEATTLE, WASHINGTON 98101-3660
(206) 622-3585   FAX (206) 583-8980