# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| CHIHULY, INC. Et al.,<br><br>        Plaintiff,<br><br>vs.<br><br>ROBERT KAINDL, et al.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **C05-1801 JPD**<br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The jury trial in the above entitled matter is hereby continued from April 16, 2007, to _Tuesday, May 8, 2007._  Trial will commence at 9:00am in Courtroom 12A, U.S. Courthouse, Seattle, Washington.

In addition, the Court will conduct a Final Pretrial Conference on Wednesday, May 2, 2007, at 1:30pm.  Unless notified otherwise, the conference will be conducted in Courtroom 12A.  Proposed voir dire, jury instructions, and trial briefs will now be filed by the close of business Wednesday, April 25, 2007.

Dated this 25th day of September , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**