THE HONORABLE JAMES P. DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHIHULY, INC., a Washington corporation and PORTLAND PRESS, INC., a Washington corporation,<br><br>                Plaintiffs,<br><br>   v.<br><br>ROBERT KAINDL, an individual; BRYAN RUBINO, individually and on behalf of his marital community; ART GLASS PRODUCTION, a Washington company, et al.,<br><br>                Defendants.<br><br>ROBERT KAINDL, an individual; and ART GLASS PRODUCTION, a Washington company,<br><br>              Counter-Claimants,<br><br>   v.<br><br>CHIHULY, INC., a Washington corporation; PORTLAND PRESS, INC., a Washington corporation; and DALE CHIHULY, an individual,<br><br>              Counter-Defendants. | No.  C05-1801JPD<br><br>STIPULATION FOR DISMISSAL AS TO ALL CLAIMS BETWEEN PLAINTIFFS AND COUNTER-DEFENDANTS, CHIHULY, INC. AND PORTLAND PRESS, INC. AND CROSS-CLAIMANT AND COUNTER-DEFENDANT DALE CHIHULY AND DEFENDANTS AND COUNTER-CLAIMANTS ROBERT KAINDL AND ART GLASS PRODUCTION |

STIPULATION FOR DISMISSAL – 1
Case No. C05-1801JPD

23641-0003/LEGAL12912469.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Plaintiffs and Counter-Defendants Chihuly, Inc. and Portland Press, Inc. and Cross-Claimant and Counter-Defendant Dale Chihuly and Defendants and Counter-Claimants Robert Kaindl and Art Glass Production (collectively the "Parties"), having reached a complete settlement of all claims between them, stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(2), that all claims, cross-claims, and counterclaims brought between the Parties may be dismissed with prejudice. Each party to bear its own costs and attorneys' fees. This Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

DATED this 18th day of December, 2006.

Approved:

**PERKINS COIE LLP**

By: s/William C. Rava, WSBA #29948
  Susan E. Foster, WSBA #18030
  Holly M. Simpkins, WSBA #33297
  Attorneys for Chihuly, Inc., Portland Press, Inc., and Dale Chihuly
  Perkins Coie LLP
  1201 Third Avenue, Suite 4800
  Seattle, WA 98101-3099
  Telephone: (206) 359-8000
  Facsimile: (206) 359-9000
  Email: SFoster@perkinscoie.com
  Email: WRava@perkinscoie.com
  Email: HSimpkins@perkinscoie.com

Approved as to Form/Notice of Presentation Waived:

**SEED INTELLECTUAL PROPERTY LAW GROUP PLLC**

By: s/Timothy L. Boller, WSBA #29079
  Timothy L. Boller, WSBA #29079
  William O. Ferron, Jr., WSBA # 11813
  Attorneys for Defendants Robert Kaindl and Art Glass Production
  Seed Intellectual Property Law Group PLLC
  701 Fifth Avenue, Suite 5400
  Seattle, WA 98104
  Telephone: (206) 622-4900
  Facsimile: (206) 682-6031
  Email: Timb@SeedIP.com
  Email: BillF@SeedIP.com

STIPULATION FOR DISMISSAL – 2
Case No. C05-1801JPD

23641-0003/LEGAL12912469.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2006, I made arrangements for my assistant to electronically file the foregoing Stipulation for Dismissal with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Timothy L. Boller
>Seed Intellectual Property Law Group PLLC
>701 Fifth Ave., Suite 5400
>Seattle, WA 98104
>*Attorneys for Defendants Robert Kaindl and Art Glass Production*

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the United States of America that the foregoing is true and correct.

DATED at Seattle, Washington this 18th day of December, 2006, by WILLIAM C. RAVA.

>s/William C. Rava, WSBA #29948
>**PERKINS COIE LLP**
>1201 Third Avenue, Suite 4800
>Seattle, WA 98101-3099
>Telephone: 206.359.8000
>Facsimile: 206.359.9000
>WRava@perkinscoie.com
>Attorneys for Chihuly, Inc., Portland Press, Inc. and Dale Chihuly, Plaintiffs and Counter-Defendants

STIPULATION FOR DISMISSAL – 3
Case No. C05-1801JPD

23641-0003/LEGAL12912469.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000