UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHIHULY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT KAINDL, et al.,<br><br>Defendants. | Case No. C05-1801-JPD<br><br>ORDER DISMISSING ALL CLAIMS BETWEEN PLAINTIFFS AND COUNTER-DEFENDANTS CHIHULY, INC., AND PORTLAND PRESS, INC. AND CROSS-CLAIMANT AND COUNTER-DEFENDANT DALE CHIHULY AND DEFENDANTS AND COUNTER-CLAIMANTS ROBERT KAINDL AND ART GLASS PRODUCTION |

The Court, after careful consideration of the Stipulation (Dkt. No. 112) filed by Plaintiffs and Counter-Defendants Chihuly, Inc. and Portland Press, Inc. and Cross-Claimant and Counter-Defendant Dale Chihuly and Defendants and Counter-Claimants Robert Kaindl and Art Glass Production (collectively "the Parties"), for dismissal of all claims, cross-claims, and counterclaims brought between the Parties, and being otherwise fully advised in the premises, ORDERS as follows:

Pursuant to the Stipulation and Fed. R. Civ. P. Rule 41(a)(2), all claims, cross-claims, and counter-claims between the Parties are DISMISSED with prejudice. Each party shall

bear its own costs and attorneys' fees. The Court will retain jurisdiction over this matter to enforce the terms of the Parties' settlement agreement.

DATED this 19th day of December, 2006.

JAMES P. DONOHUE
United States Magistrate Judge

Presented by:

PERKINS COIE LLP

By: s/William C. Rava, WSBA #29948
Susan E. Foster, WSBA #18030
Holly M. Simpkins, WSBA #33297
Attorneys for Chihuly, Inc., Portland Press, Inc. and Dale Chihuly
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Email: SFoster@perkinscoie.com
Email: WRava@perkinscoie.com
Email: HSimpkins@perkinscoie.com

Approved as to Form/Notice of Presentation Waived:

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC

By: s/Timothy L. Boller, WSBA #29079
Timothy L. Boller, WSBA #29079
William O. Ferron, Jr., WSBA #11813
Attorneys for Robert Kaindl and Art Glass Production
Seed Intellectual Property Law Group PLLC

701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900
Facsimile: (206) 682-6031
Email: Timb@SeedIP.com
Email: BillF@SeedIP.com